# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| JAMES WILLIAM MCKINNEY<br><br>        Plaintiff(s),<br>  v.<br>LAW OFFIE OF JAMES DUNCAN<br>        Defendant(s).<br>_____/ | No. C 09-02605 MEJ<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On July 23, 2009, Defendant Law Office of James Duncan electronically filed its motion to dismiss. (Dkt. #4.) However, Defendant has failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Defendant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with appropriate tab dividers if necessary**, of the above-referenced documents.

    **IT IS SO ORDERED.**

Dated: August 3, 2009

                                              _____
                                              Maria-Elena James
                                              Chief United States Magistrate Judge