UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JAMES WILLIAM MCKINNEY<br><br>                Plaintiff(s),<br>  v.<br>LAW OFFIE OF JAMES DUNCAN<br>                Defendant(s). | No. C 09-02605 MEJ<br><br>**ORDER TRANSFERRING CASE TO EUREKA** |

The court has identified this action as one that appears suitable for reassignment to Magistrate Judge Nandor J Vadas, whose courtroom is located in Eureka, California, for all future proceedings pursuant to 28 USC § 636(c).  On August 17, 2009, the parties filed a Stipulation and Consent to Reassignment.  Accordingly, the Clerk of Court shall reassign this case to Magistrate Judge Vadas forthwith.  All hearing dates before the undersigned magistrate judge are hereby VACATED.

**IT IS SO ORDERED.**

Dated: August 17, 2009

                                                                         _____<br>
                                                                         Maria-Elena James<br>
                                                                         Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JAMES WILLIAM MCKINNEY,

        Plaintiff,

  v.

LAW OFFIE OF JAMES DUNCAN et al,

        Defendant.

Case Number: CV09-02605 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 17, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James William McKinney
660 Dora Avenue
Ukiah, CA 95482

Dated: August 17, 2009

                              Richard W. Wieking, Clerk
                              By: Brenda Tolbert, Deputy Clerk

UNITED STATES DISTRICT COURT
For the Northern District of California

2