UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAM MCKINNEY, | No. C 09-2605 NJV |
| Plaintiff(s), | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | [Reassigned Case] |
| LAW OFFICE OF JAMES DUNCAN, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Nandor J. Vadas for trial and all further proceedings, IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 16 and Civil L.R.16-10, that a Case Management Conference shall be held in this case on **September 29, 2009, at 10:00 a.m.,** in Courtroom 205A, 2ndFloor, U.S. District Court, 514 H Street, Eureka, California.

The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R.16-10. Pursuant to Civil L.R.16-3 and 16-9, the parties shall meet and confer and file a joint case management statement and proposed order no later than September 22, 2009. If any party is proceeding without counsel, separate statements may be filed by each party. Parties may appear by telephone and should call the Clerk at (707) 445-3612 to provide their landline phone number so that the Clerk may initiate the call at the time set for hearing.

All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**NJV**." One copy shall be clearly marked as a chambers copy.

IT IS SO ORDERED.

Dated: September 15, 2009

_____
Nandor J. Vadas
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

McKinney

V.

Law Office of James Duncan
_____/

No. 9-2605

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 15, 2009, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**James William McKinney**
660 Dora Avenue
Ukiah, CA 95482

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

2