IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JAMES WILLIAM MCKINNEY,

    Plaintiff,

v.

LAW OFFICE OF JAMES DUNCAN, et al.,

    Defendants.
                                /

No. CV 09-2605 NJV

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on February 22, 2010, I served a true and correct copy of the Court's February 19, 2010 Order Granting Defendants' Motion to Dismiss (Docket No. 29), by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

James William McKinney

660 Dora Avenue

Ukiah, CA 95482

Dated: February 22, 2010

                                                Chris Wolpert
                                    Administrative Law Clerk to the
                                    Honorable Nandor J. Vadas