IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES WILLIAM McKINNEY, <br><br> Plaintiff, <br><br> v. <br><br> LAW OFFICE OF JAMES DUNCAN, C. DAVID EYSTER, DAVID KINDOPP, and PEYMAN HEDAYATI, <br><br> Defendants. | No. CV 09-2605 NJV <br><br> **ORDERING PLAINTIFF TO FILE SUPPLEMENTAL INFORMATION IN SUPPORT OF HIS MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL** (Doc. No. 32) |

On February 19, 2010, the Court granted Defendants' motions to dismiss for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) and dismissed the action without prejudice. (Doc. No. 29) Plaintiff has filed a motion for leave to proceed *in forma pauperis* on appeal. (Doc. No. 32) Under Federal Rule of Appellate Procedure 24(a), the affidavit in support of the motion to appeal *in forma pauperis* must show the party's inability to pay or give security for fees and costs, claim an entitlement to redress, and include the issues that the party intends to present on appeal. Plaintiff's *in forma pauperis* motion is incomplete because it only provides some detail regarding his ability to pay or give security. Because Plaintiff is proceeding *pro se*, the Court will look to his Notice of Appeal,[1] when filed, for his issues on appeal and claim for entitlement to redress. The Court orders Plaintiff to supplement his *in forma pauperis* motion with the following

///

---

[1] The Court granted Plaintiff an extension to file his Notice of Appeal until April 5, 2010. (Doc. No. 34)

information by April 5, 2010:

1) The date of Plaintiff's last employment: _____

2) The name and address of Plaintiff's last employer, and the amount of the gross and net salary and wages received per month:

Gross: _____     Net: _____

Employer: _____

_____

3) Plaintiff indicates that he received money from the following government sources within the past twelve (12) months: $805.00 from "S.S.I." (i.e., Supplemental Security Income) and $700.00 from "V.A. Admin." It is unclear whether the amounts Plaintiff indicated in his application represent the monthly or annual amount received. Please identify the amount of money Plaintiff receives or received on a monthly basis from each of these government sources; and whether Plaintiff is currently receiving money from these government sources.

SSI:    Currently receiving? Yes ___ No ___
        Monthly: _____ Annual: _____

Veterans Affairs Benefits:   Currently receiving? Yes ___ No ___
        Monthly: _____ Annual: _____

4) Has Plaintiff received any money within the past twelve (12) months from gifts or other sources? If yes, identify the monthly and annual amounts received.

Gifts:  Received within past 12 months? Yes ___ No ___
        Currently receiving? Yes ___ No ___
        Monthly: _____ Annual: _____.

Other (identify): Received within past 12 months? Yes ___ No ___
        Currently receiving? Yes ___ No ___
        Monthly: _____ Annual: _____

Dated: March 18, 2010

NANDOR J. VADAS
United States Magistrate Judge

2