IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES WILLIAM McKINNEY, | No. CV 09-2605 NJV |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| LAW OFFICE OF JAMES DUNCAN, C. DAVID EYSTER, DAVID KINDOPP, and PEYMAN HEDAYATI, | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. On March 18, 2010, I SERVED a true and correct copy of the Court's March 18, 2010 Order requiring Plaintiff to file supplemental information in support of his motion to proceed *in forma pauperis* on appeal, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

James William McKinney
660 Dora Avenue
Ukiah, CA 95482

RICHARD W. WIEKING, CLERK

*Gloria Masterson*

By: Gloria Masterson
Deputy Clerk

Attachments